IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD PHILLIPS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3004

Opinion filed October 6, 2014.

An appeal from the Circuit Court for Duval County.
J. Bradford Stetson, Judge.

Ronald Phillips, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Donna A. Gerace, Assistant Attorney General, Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.

VAN NORTWICK, RAY, and OSTERHAUS, JJ., CONCUR.